UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOUISE CERVERA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>GEM RECOVERY SYSTEMS<br><br>　　　　　　Defendant. | Case No.: 2:13-cv-07846-KSH-CLW<br><br>**NOTICE OF SETTLEMENT**<br>**REQUEST FOR DISMISSAL** |

　　　COMES NOW Plaintiff LOUISE CERVERA, by and through his attorney of record, David P. Force, Esq., hereby notifies the Court that the parties have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as Defendant has made an appearance in this case via the filing of an answer, both Plaintiff and Defendant jointly request this Court dismiss the action with prejudice.

Date: December 2, 2014

By: s/David P. Force　　　　　　　　By: s/Brian R. Donnelly
Attorney for Plaintiff　　　　　　　　Attorney for Defendant
David P. Force, Esq.　　　　　　　　Brian R. Donnelly
Bar ID No.: 005802009　　　　　　　Bar ID No.: 008581976
120 Sylvan Avenue, Suite 300　　　　913 Route 23
Englewood Cliffs, NJ 07632　　　　　Pompton Plains, NJ 07444
Phone: (201) 461-0059　　　　　　　Phone: (973) 839-0300
Facsimile: (201) 461-0059　　　　　　Facsimile: (973) 839-1028
David@lupoverlaw.com　　　　　　　Brianrdonnelly@optimum.net